Submitted on record and briefs March 2, reversed April 18, 2007

In the Matter of
T. S. Z., aka N. C.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

T. S. Z.,
aka N. C.,
*Appellant.*

Multnomah County Circuit Court
060666754; A133043

157 P3d 311

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Heather Vogelsong, Assistant Attorney General filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. Appellant argues that the record does not establish by clear and convincing evidence that she is presently a danger to herself or unable to provide for her basic needs because of her mental disorder. The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. On *de novo* review of the record, we accept the state's concession and reverse.

Reversed.